# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:06-CR-199**
:
**v.** : **(Judge Conner)**
:
**GERMAN RIVERA** :

## ORDER

Upon motion (Doc. 727) by the Government to dismiss the forfeiture allegation from the Superseding felony Information,

IT IS HEREBY ORDERED that all references to $14,700.00 in United States Currency and firearms seized by the government are hereby stricken from the Superseding felony Information.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Date:   June 4, 2008